**Electronically Filed
Supreme Court
SCAP-24-0000109
15-OCT-2024
11:07 AM
Dkt. 11 OCOR**

SCAP-24-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

ANGELICA JOY DAOANG,
Plaintiff-Appellant,

vs.

NICHOLAS PERRY,
Defendant-Appellee.

_____

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CAAP-24-0000109; CASE NO. 2DSS-24-0000031)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the attorney credits on page 22 of the Opinion of the Court, filed on October 15, 2024, are corrected to read as follows:

Lisa M. Manoogian,
for plaintiff-appellant

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai‘i, October 15, 2024.

/s/ Sabrina S. McKenna

Associate Justice

